# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES C. BARTO,<br><br>Defendant. | PO-21-05004-GF-JTJ<br><br>VIOLATION:<br>9712425<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 9712425 (for a total of $70), and for good cause shown, IT IS ORDERED that the $70 fine paid by the defendant is accepted as a full adjudication of violation 9712425.  IT IS FURTHER ORDERED that the initial appearance scheduled for January 21, 2021, is VACATED.

DATED this 19th day of January, 2021.

_____
John Johnston
United States Magistrate Judge